UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO **05** CR **1** 0 ○ **1** **6** R C L |
| v. ) | VIOLATIONS: |
| 1.  NUEREL CARR, ) | |
| 2.  MICHAEL MCDONALD, ) | |
| 3.  DONOVAN SORRELL ) | 21 U.S.C. § 963 – Conspiracy to |
| ) | Import Cocaine |
| Defendants ) | |
| ) | 21 U.S.C. § 952(a) & 960(a)- |
| ) | Unlawful Importation of Cocaine |
| ) | |
| ) | 18 U.S.C. § 2 – Aiding and |
| ) | Abetting |
| ) | |
| ) | 21 U.S.C. § 841(a)(1) – Possession |
| ) | with Intent to Distribute Cocaine |
| ) | |
| ) | 18 U.S.C. § 2 – Aiding and Abetting |
| ) | |
| ) | 21 U.S.C. § 841(a)(1)- Possession |
| ) | with Intent to Distribute Cocaine |

## INDICTMENT

**COUNT ONE:**      (21 U.S.C. § 963 - Conspiracy to Import Cocaine)

The Grand Jury charges that:

Beginning on or about September 1, 2004 and continuing thereafter until on or November 24, 2004, in Boston and Quincy, in the District of Massachusetts, in Jamaica, West Indies and elsewhere,

1. NUEREL CARR, and
3. DONOVAN SORRELL,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to import into the

United States, from a place outside thereof, cocaine, a Schedule
II controlled substance, in violation of Title 21, United States
Code, Section 952(a) and 960(a).

The Grand Jury further charges that the conspiracy involved
500 grams or more of a mixture or substance containing a
detectable amount of cocaine.  Accordingly, 21 U.S.C. §
841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section
963.

**COUNT TWO:**     **(21 U.S.C. §952(a) & 960(a)- Unlawful Importation of Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 23, 2004, at Boston, in the District of Massachusetts,

**1. NUEREL CARR, and**
**3. DONOVAN SORRELL,**

defendants herein, did knowingly and intentionally import into the United States, from a place outside thereof, cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the unlawful importation involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a) and Title 18, United States Code, Section 2.

-3-

**COUNT THREE:     (21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Cocaine; 18 U.S.C. § 2 - Aiding and Abetting)**

The Grand Jury further charges that:

On or about November 24, 2004, at Quincy, in the District of Massachusetts,

**1. NUEREL CARR, and**
**2. MICHAEL MCDONALD,**

defendants herein, did knowingly and intentionally possess with intent to distribute, cocaine, a Schedule II controlled substance.

The Grand Jury further charges that the possession with intent to distribute involved 500 grams or more of a mixture or substance containing a detectable amount of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

-4-

**COUNT FOUR:**     **(21 U.S.C. § 841(a)(1)- Possession with Intent to Distribute Cocaine)**

The Grand Jury further charges that:

On or about November 24, 2004, at Quincy, in the District of Massachusetts,

### 2. MICHAEL MCDONALD,

defendant herein, did knowingly and intentionally possess with intent to distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**FORFEITURE ALLEGATION:    (21 U.S.C. § 853)**

The Grand Jury further charges that:

1.    As a result of the offenses alleged in Counts 1
through 4 of this Indictment,

**1. NUEREL CARR,**
**2. MICHAEL MCDONALD, and**
**3. DONOVAN SORRELL**

defendants herein, shall forfeit to the United States any and
all property constituting, or derived from, any proceeds the
defendants obtained, directly or indirectly, as a result of such
offenses; and/or any property used or intended to be used, in
any manner or part, to commit, or to facilitate the commission
of, any such violations.

2.    If any of the property described in paragraph 1,
above, as a result of any act or omission of the defendants −

(a)   cannot be located upon the exercise of due
      diligence;

(b)   has been transferred or sold to, or deposited
      with, a third party;

(c)   has been placed beyond the jurisdiction of the
      Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which

      cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,
United States Code, Section 853(p), to seek forfeiture of any
other property of the defendants up to the value of the property

-6-

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

DAVID G. TOBIN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; January 26, 2005.

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK
11:38A

-8-

JS 45 (5/97) - (Revised USAO MA 1/15/04) **05 CR 1 0 0 1 6 RCL**

**Criminal Case Cover Sheet** _____ **U.S. District Court - District of Massachusetts**

Place of Offense:   Boston _____   Category No.  II _____   Investigating Agency  ICE _____

City   Boston _____   **Related Case Information:**

County   Suffolk _____

| | |
|---|---|
| Superseding Ind./ Inf. _____ | Case No. _____ |
| Same Defendant _____ | New Defendant _____ |
| Magistrate Judge Case Number | MJ 04-M-282-JLA _____ |
| Search Warrant Case Number | _____ |
| R 20/R 40 from District of | _____ |

**Defendant Information:**

Defendant Name   SORRELL, Donovan _____    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   Jamaica _____

Birth date (Year only):  1969   SSN (last 4 #):  NA   Sex  M  Race:   Black _____   Nationality:  Jamaican

**Defense Counsel if known:**   **Martin F. Murphy, Esq.** _____   **Address:  150 Federal Street** _____
                                                                                                      **Boston, MA 02110** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   **David G. Tobin** _____   **Bar Number if applicable** _____

Interpreter:   ☐ Yes ☒ No        **List language and/or dialect:** _____

Matter to be SEALED:   ☐ Yes   ☒ No

    ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:**        **November 23, 2004** _____

☒ Already in Federal Custody as   of November 23, 2004 _____   in   USMS _____   .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**        ☐ Complaint        ☐ Information        ☒ Indictment

**Total # of Counts:**        ☐ Petty _____        ☐ Misdemeanor _____        ☒ Felony   2 _____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.**

Date: _____        Signature of AUSA: _David G. Tobin_

05 CR 10016 RCL

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     SORRELL, Donovan _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 963 | Conspiracy to Import Cocaine | 1 |
| Set 2 | 21 U.S.C. § 952(a) | Importation of Cocaine | 2 |
| Set 3 | 18 U.S.C. § 2 | Aiding and Abetting | 2 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Boston__        Category No. __II__        **Investigating Agency** __ICE__

**City**  __Boston__                **Related Case Information:**

**County**  __Suffolk__             Superseding Ind./ Inf. _____  Case No. _____
                                    Same Defendant _____  New Defendant _____
                                    Magistrate Judge Case Number __MJ 04-M-282-JLA__
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __MCDONALD, Michael__            Juvenile  ☐ Yes   ☒ No

Alias Name _____

Address  __16 Constitution Way, Mattapan, MA__

Birth date (Year only): __1963__  SSN (last 4 #): __4952__  Sex __M__  Race: __Black__   Nationality: _____

**Defense Counsel if known:**  __Michael M. Moscardelli__   Address: __8 Winter Street -12ᵗʰ Fl.__
                                                                    __Boston, MA 02108__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  __David G. Tobin__            **Bar Number if applicable** _____

Interpreter:    ☐ Yes  ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes   ☒ No

          ☐ **Warrant Requested**        ☐ **Regular Process**        ☒ **In Custody**

**Location Status:**

**Arrest Date:**    __November 24, 2004__

☒ **Already in Federal Custody as**  __of November 24, 2004__   **in**  __USMS__  .
☐ **Already in State Custody** _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ **On Pretrial Release:**  Ordered by _____  **on** _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:** _____        **Signature of AUSA:** _____

05 CR 10016 RCL

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    MCDONALD, Michael _____

## U.S.C. Citations

| __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|
| Set 1  21 U.S.C. § 841(a)(1) | Possession With The Intent To Dist. Cocaine | 3 |
| Set 2  18 U.S.C. § 2 | Aiding and Abetting | 3 |
| Set 3  21 U.S.C. § 841(a)(1) | Possession With The Intent To Dist. Cocaine | 4 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __Boston__    **Category No.** __II__    **Investigating Agency** __ICE__

**City** __Boston__    **Related Case Information:**

**County** __Suffolk__    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __MJ 04-M-282-JLA__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __CARR, Neurel__    Juvenile ☐ Yes ☒ No

Alias Name __(1) Frederick D. Brown; (2) Cox__

Address __310 Northwest 22ʳᵈ Street, Miami, Florida__

Birth date (Year only): __1946__ SSN (last 4 #): __7680__ Sex __M__ Race: __Black__ Nationality: _____

**Defense Counsel if known:** __Edward L. Hayden__    **Address:** __7 Franklin Street__
__Boston, MA 01902__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __David G. Tobin__    **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** __November 24, 2004__

☒ Already in Federal Custody as __of November 24, 2004__ in __USMS__ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** _____    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    CARR, Neurel _____

## U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 U.S.C. § 963 | Conspiracy to Import Cocaine | 1 |
| Set 2  21 U.S.C. § 952(a) | Importation of Cocaine | 2 |
| Set 3  18 U.S.C. § 2 | Aiding and Abetting | 2 |
| Set 4  21 U.S.C. § 841(a)(1) | Possession With Intent to Distribute Cocaine | 3 |
| Set 5  18 U.S.C. § 2 | Aiding and Abetting | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**