UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL |
| ) | NO. 05-10016-RCL |
| DONOVAN SORRELL. ) | |
| ) | |

**DEFENDANT DONOVAN SORRELL'S MOTION TO CONTINUE ARRAIGNMENT**

Defendant Donovan Sorrell respectfully requests that the Court continue the arraignment of Mr. Sorrell from February 18, 2005, when it is presently scheduled, to February 25, 2005, or to a date after that convenient to the Court. As grounds for the motion, defendant states that certain scheduling conflicts make a later date advisable.

Respectfully submitted,

**DONOVAN SORRELL**

By his attorneys,

/s/ Martin F. Murphy
Martin F. Murphy, BBO# 363250
Sarah Kim, BBO# 657852
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA  02110
Dated:  February 16, 2005          (617) 951-8000

LITDOCS/589427.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent electronically to all counsel of record.

/s/ Martin F. Murphy
Martin F. Murphy

LITDOCS/589427.1