UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                        )<br>)<br>DONOVAN SORRELL.             )<br>) | CRIMINAL<br>NO. 05-10016-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Sarah G. Kim as attorney for Defendant, Donovan Sorrell, in the above-captioned action.

                                          Respectfully submitted,

                                          /s/ Sarah G. Kim
                                          Sarah G. Kim, BBO No. 479420
                                          BINGHAM McCUTCHEN LLP
                                          150 Federal Street
                                          Boston, MA  02110-1726
                                          (617) 951-8250

February 18, 2005

LITDOCS/589784.1

**CERTIFICATE OF SERVICE**

      I, Sarah G. Kim, hereby certify that on February 18 2005, I caused a true copy of the above document to be served electronically on counsel of record registered with the Electronic Case Filing System (ECF), and to be served upon counsel of record not registered with ECF by First Class United States mail at the address below:

John M. Moscardelli  
Peters & Moscardelli  
Eight Winter Street, 12th Floor  
Boston, MA 02108

                                            /s/ Sarah G. Kim_____  
                                            Sarah G. Kim