UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CRIMINAL NO. 05-CR-10016-RCL |
| ) | |
| **DONOVAN SORRELL,** ) | |
| **Defendant** ) | |

### GOVERNMENT'S MOTION TO CHANGE DATE OF ARRAIGNMENT

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to change the date of the defendant's arraignment on the indictment from March 1, 2005, to another date. In support of its motion, the United States avers that the undersigned attorney for the United States is unavailable on March 1, 2005, as he will be on annual military leave at the Army's Judge Advocate General's School in Virginia. The undersigned attorney for the United States is available to be present at the arraignment any day except February 25, 2005, and February 28, 2005 through March 4, 2005 (vacation/military leave), March 14, 2005 through March 18, 2005 (military leave), and April 15, 2005 through April 22, 2005 (out-of-state vacation). The United States respectfully requests that this

Honorable Court schedule the defendant's arraignment to any date that does not conflict with the above-specified periods.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                         By: */s/ David G. Tobin*
                             DAVID G. TOBIN
                             Assistant U.S. Attorney

Dated:  February 22, 2005