UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                                   CRIMINAL CASE
V.                              NO. 05-10016 RCL

DONOVAN SORRELL (3)
     Defendant

REPORT & ORDER ON
INITIAL and FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On April 13, 2005, the parties appeared before this Court for an Initial Status Conference.  With regard to the following issues, the parties have represented that:

1.  There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2.  There are no features of the case  that deserve special attention or modification of the standard schedule;

3.  There is no supplemental discovery anticipated;

4.   Discovery concerning any expert witnesses pursuant to  Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) will be provided by the government and defense as to drug chemists;

5.  The applicable periods of excludable delay under the Speedy Trial Act include: November 24, 2004, through January 26, 2005 (63 days); January 26, 2005, through February 17, 2005 (22 days); February 17, 2005, through March 7, 2005 (18 days); and March 7, 2005, through April 4, 2005 (28 days), for a total of one hundred and thirteen (131) days as of April 4, 2005.   There is a pending motion to exclude time.  The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of April 1, 2005;

6.  Trial is not necessary;

7.  There is no need for a schedule concerning any matter other than a Rule 11 Hearing;

8.  The case as to defendant Sorrell will be resolved by way of plea;

7.  There are no other matters.

      IT IS HEREBY ORDERED THAT

      Whereas all pretrial matters referred to the Magistrate Judge by the District Judge have been resolved, the case is hereby returned to the District Judge.

      HONORABLE JOYCE LONDON ALEXANDER
      U.S. MAGISTRATE JUDGE

      By the Court:


April 26, 2005      /S/ Rex Brown
Date      Courtroom Clerk
      (617) 748-9238