UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DONOVAN SORRELL )<br>) | CRIMINAL ACTION NO: 05-10016-RCL |

NOTICE OF COUNSEL'S CHANGE OF FIRM AND ADDRESS

Please take notice that Martin F. Murphy, counsel to defendant Donovan Sorrell, previously practicing at Bingham McCutchen LLP, is now practicing at Foley Hoag LLP. His new address is now is:

Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1213 (phone)
(617) 832-7000 (telecopier)
mmurphy@foleyhoag.com

Respectfully Submitted,

/s/ Martin F. Murphy
Martin F. Murphy
BBO 363250
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1213 (phone)
(617) 832-7000 (telecopier)
mmurphy@foleyhoag.com

B3032393.1

## Certificate of Service

  I, Martin F. Murphy, hereby certify that this Notice was filed and served electronically on May 9, 2005.

                /s/ Martin F. Murphy
                Martin F. Murphy