```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
                                  )
UNITED STATES OF AMERICA          )
                                  )
        v.                        )   CRIMINAL NO. 05-10016-RCL
                                  )
DONOVAN SORRELL                   )
                                  )
```

<u>GOVERNMENT'S ASSENTED TO MOTION TO CONTINUE SENTENCING</u>

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to continue the sentencing of Donovan Sorrell from December 19, 2005 to a date after the conclusion of the trial of co-defendants Nuerel Carr and Michael McDonald, which is scheduled to commence on February 6, 2006.

As grounds for support of this motion, the government avers the following: 1) Donovan Sorrell pled guilty on August 16, 2005; 2) Donovan Sorrell entered into a plea agreement with the United States under which he is obligated to cooperate in the prosecution of his co-defendants Nuerel Carr and Michael McDonald; and 3) the United States anticipates that Donovan Sorrell will testify at the trial of Nuerel Carr and Michael McDonald, which is scheduled to commence on February 6, 2005.

The government respectfully submits that postponing Donovan Sorrell's sentencing until after the completion of his testimony in the Carr/McDonald trial will enable the Court to fully assess his cooperation before imposing a sentence.  Similarly, a

postponement will allow the government to fully assess his cooperation prior to making a sentencing recommendation to the Court. The defense assents to this motion.

## Conclusion

For the reasons stated above, the United States respectfully moves this Honorable Court to allow the government's motion.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/ : *David G. Tobin*
>DAVID G. TOBIN
>Assistant U.S. Attorney